ANNA HUGHES, as Administratrix of the Estate of JAMES HUGHES, Deceased, Respondent, *v.* ELECTRIC LIGHT AND POWER COMPANY OF SYRACUSE, Appellant.

*Hughes* v. *Electric Light & Power Co. of Syracuse*, 129 App. Div. 931, affirmed.

(Argued January 7, 1910; decided January 25, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 12, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for the death of plaintiff's intestate alleged to have occurred through the defendant's negligence.

*W. P. Goodelle* for appellant.

*Thomas Hogan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BART-LETT, HISCOCK and CHASE, JJ. Absent: EDWARD T. BARTLETT, J.

---

THE TRAVELERS' INSURANCE COMPANY, Respondent, *v.* WILLIAM H. HOTCHKISS, as Superintendent of Insurance of the State of New York, Appellant.

*Travelers' Ins. Co.* v. *Kelsey*, 134 App. Div. 89, affirmed.

(Argued January 10, 1910; decided January 25, 1910.)

APPEAL from a judgment entered September 17, 1909, upon an order of the Appellate Division of the Supreme Court in the third judicial department, which reversed an interlocutory judgment of Special Term sustaining a demurrer to the complaint and directed final judgment in favor of plaintiff in an action to restrain the defendant from revoking a certificate

authorizing the plaintiff, a foreign corporation, to transact the business of life insurance in the state of New York.

*Edward R. O'Malley*, Attorney-General (*Edward H. Letchworth* of counsel), for appellant.

*Murray Downs* and *William Brosmith* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

JULIA K. SIMPSON, Respondent, *v.* ISAAC SIMPSON et al., Appellants, Impleaded with Another.

*Simpson* v. *Trust Co. of America*, 129 App. Div. 200, affirmed.
(Argued January 10, 1910; decided January 25, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 6, 1909, which affirmed a judgment of Special Term adjudging the will of Simon M. Simpson, deceased, to be void.

*Henry Wollman* and *Achilles H. Kohn* for appellants.

*S. Livingston Samuels* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and HISCOCK, JJ.

---

MINNIE A. BREMER, Appellant, *v.* JOHN C. BREMER et al., Individually and as Executors and Trustees under the Will of JOHN H. BREMER, Deceased, et al., Respondents.

*Bremer* v. *Bremer*, 125 App. Div. 918, affirmed.
(Argued January 10, 1910; decided January 25, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April